IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BYRON DEWAYNE RILEY,  No. C 10-2581 WHA (PR)

    Petitioner,  **JUDGMENT**

  v.

GROUNDS, Warden,

    Respondent.
                                     /

      Pursuant to the order entered today denying petitioner's habeas petition, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

      **IT IS SO ORDERED**.

DATED: November __14__, 2011.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.10\RILEY2581.JUD.wpd